■ In the Matter of BEEKMAN PAPER COMPANY, INC., Petitioner, v SHIRLEY FINGERHOOD, Respondent.—Application pursuant to CPLR article 78 for a writ of mandamus is granted to the extent of directing respondent to entertain and decide petitioner's motion in writing, without costs or disbursements.

Petitioner is entitled to have its motion considered by the court and a decision rendered thereon in writing *(Matter of Grisi v Shainswit,* 119 AD2d 418). In that regard, even if petitioner's motion is procedurally defective, as respondent contends, the court is still required to state in writing the reason for its denial; a motion submitted on papers may not be summarily rejected. Concur—Sullivan, J. P., Carro, Milonas, Asch and Wallach, JJ.